Padraic I. McCoy
Berg Hill Greenleaf Ruscitti LLP
13310 Maxella Ave., Unit 10
Marina Del Rey, CA  90292
p. (303)396-2842
f. (303)416-8707
pmc@bhgrlaw.com
*Attorneys for Tribal Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC., a California limited liability company,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ANGELA JAMES; LEONA L. WILLIAMS; MICHAEL R. CANALES; MELISSA M. CANALES; JOHN TANG; PINOLEVILLE POMO NATION, a federally-recognized Indian tribe; PINOLEVILLE GAMING AUTHORITY; PINOLEVILLE GAMING COMMISSION; PINOLEVILLE BUSINESS BOARD; PINOLEVILLE ECONOMIC DEVELOPMENT, LLC; a California limited liability company; LENORA STEELE; KATHY STALLWORTH; MICHELLE CAMPBELL; JULIAN J. MALDONADO; DONALD WILLIAMS; VERONICA TIMBERLAKE; CASSANDRA STEELE; JASON EDWARD RUNNING BEAR STEELE; ANDREW STEVENSON; CANALES GROUP, LLC, a California limited liability company; LORI J. CANALES; KELLY L. CANALES; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No.:<br><br>Mendocino County Superior Court<br>Case No. SCUK-CVG-18-70467<br><br>**JOINT NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331, 1441(a), 1441(c)(1); 1446 (FEDERAL QUESTION JURISDICTION)** |

-1-

**JOINT NOTICE OF REMOVAL OF ACTION UNDER § 28 U.S.C. 1441(c) (FEDERAL QUESTION)**

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE THAT all Defendants jointly, through Defendants Michael Canales, Canales Group, LLC, and Lori Canales (the "**Removing Canales Defendants**"), through undersigned counsel, hereby remove this action from the Superior Court of the State of California, County of Mendocino, to the United States District Court for the Northern District of California and set forth in support of its Notice of Removal of Action the following:

1. On March 1, 2018, JW Gaming Development, LLC ("**JW Gaming**") commenced an action in the Superior Court of the State of California, County of Mendocino, entitled *JW Gaming Development, LLC v. Angela James et al.*, Case No. SCUK-CVG-18-70467. A true and correct copy of the State Court complaint (the "Complaint") is attached hereto as **Exhibit A**. A true and correct copy of the Exhibits to the Complaint are attached hereto as **Exhibits B (exhibits 1-10 to the Complaint); C (exhibits 11-22 to the Complaint); D (exhibits 23-34 to the Complaint); and E (exhibits 35-41 to the Complaint)**.

2. A true and correct copy of the summons and other initiating documents served on the Removing Canales Defendants is attached hereto as **Exhibit F**.

3. On April 6, 2018, Defendants, the Pinoleville Pomo Nation (the "Tribe"), a federally-recognized Indian tribe, Pinoleville Gaming Authority, Pinoleville Gaming Commission, Pinoleville Business Board, Pinoleville Economic

-2-

**JOINT NOTICE OF REMOVAL OF ACTION UNDER § 28 U.S.C. 1441(c) (FEDERAL QUESTION)**

Development, LLC, and the employees and officers of the Tribe and its Tribal arms and entities also named as Defendants in this lawsuit, including Angela James, Leona L. Williams, Lenora Steele, Kathy Stallworth, Michelle Campbell, Julian J. Maldonado, Donald Williams, Veronica Timberlake, Cassandra Steele, Jason Edward Running Bear Steele, and Andrew Stevenson (collectively, the "Tribal Defendants"), filed an Ex Parte Application to Extend Time to Respond to Complaint by Tribal Defendants, Appearing in a Special and Limited Capacity.  The Ex Parte hearing was held before the Superior Court for the County of Mendocino, Honorable Judge Nadel, on April 9, 2018.  At the hearing, the Court ordered from the bench that Tribal Defendants' response or answer to the Complaint was due on May 9, 2018.

4. Defendants Michael Canales and Canales Group, LLC, were served with the summons and complaint on April 6, 2018.

5. Defendant Lori Canales was served with the summons and complaint through acceptance of service by undersigned counsel on April 25, 2018.  A true and correct copy of the email exchange dated April 25, 2018 between Greg Narvaez, counsel to Plaintiff, and Manuel Ramirez, counsel to Defendant Lori Canales, is attached hereto as **Exhibit G**.

6. This Notice is thus timely filed within thirty days after April 6, 2018 and April 25, 2018. 28 U.S.C. §1446(b).  *Murphy Brothers, Inc. v. Michetti*

-3-

**JOINT NOTICE OF REMOVAL OF ACTION UNDER § 28 U.S.C. 1441(c) (FEDERAL QUESTION)**

*Pipestringing, Inc.*, 119 S.Ct. 1322 (1999).

## All Defendants Consent to This Removal

7. Manuel Ramirez additionally represents Defendants Melissa Canales and Kelly Canales, who consent to and join this removal.

8. Padraic I. McCoy represents the Tribal Defendants, who consent to and join this removal.

9. Douglas Losak represents Defendant John Tang, who consents to and joins this removal.

10. As all Defendants consent to this removal, 28 U.S.C. § 1446(b)(2) is satisfied.

11. To date, no Defendants have answered the Complaint.

12. No motions are currently pending in the State Court matter.

## This Civil Action Arises Under the Constitution, Laws, or Treaties of the United States

13. The 76-page Complaint, which was filed on March 1, 2018, alleges a cause of action for breach of contract, a cause of action for fraud and deceit, and four causes of action pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(a)-(d) ("RICO").  Plaintiff JW Gaming seeks more than $25,000,000.00 in damages.

-4-

JOINT NOTICE OF REMOVAL OF ACTION UNDER § 28 U.S.C. 1441(c) (FEDERAL QUESTION)

14. The Tribe is a federally-recognized tribe. *See* Indian Entities Recognized and Eligible to Receive Services From the United States Bureau of Indian Affairs, 82 Fed. Reg. 4915, 4917 (Jan. 17, 2017). An Indian tribe is subject to suit only where Congress has authorized the suit or the tribe has waived its immunity. *Michigan v. Bay Mills Indian Community* (2014) 134 S. Ct. 2024, 2031. Tribal sovereign immunity extends to tribal officials and employees when they act in their official capacities. *Lewis v. Clarke* (2017) 137 S.Ct. 1285, 1290-91.

15. Federal and state courts enjoy concurrent jurisdiction over RICO claims, and a complaint alleging RICO claims is properly removed to federal court. *E.g., Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1196 (9th Cir. 1988).

16. Additionally, the Promissory Note upon which the First Claim for relief, for breach of contract, is based identifies this United States District Court for the Northern District of California as the chosen venue for disputes arising under the Note. *See* Dispute Resolution provision, at page 3 of 9, Exhibit 26 to Complaint.

17. Removal to this Court is proper, as the Superior Court of the State of California, County of Mendocino, where this action was originally filed, is located within this district.

18. This Court may exercise supplemental jurisdiction over the First and Second Claims pursuant to 28 U.S.C. § 1367(a).

19. Undersigned Counsel certify that they will promptly file a copy of this

-5-

Notice of Removal with the Clerk of the Superior Court of the State of California, County of Mendocino, and give prompt notice of same to Plaintiff's counsel.

WHEREFORE, all Defendants, through Defendants Michael Canales, Canales Group, LLC, and Lori Canales, hereby jointly remove the original action brought by Plaintiffs, which now is pending in the Superior Court of the State of California, County of Mendocino.

DATED:  May 7, 2018                     Respectfully Submitted,

                                            BERG HILL GREENLEAF RUSCITTI LLP

                                            __/s/ *Padraic I. McCoy*_____
Padraic I. McCoy (SBN 223341)
*Admitted to practice, United States District Court for the Northern District of California*
Berg Hill Greenleaf Ruscitti LLP
13310 Maxella Ave., Unit 10
Marina Del Rey, CA  90292
p. (303) 396-2842
f. (303) 416-8707
pmc@bhgrlaw.com
*Attorney for Tribal Defendants*

RAMIREZ LAW

__/s/*Manuel L. Ramirez*_____
Manuel Luis Ramirez (SBN 103054)
*Pending Application to practice, United States District Court for the Northern District of California*
THE RAMIREZ LAW FIRM
185 West F St., Ste 100
San Diego, CA 92101
p. (619) 630-8382
f. (619) 342-7597
mlr@ramirez-lawfirm.com
*Attorney for Defendants Michael R. Canales, Melissa M. Canales, Canales Group, LLC, Lori Canales, and Kelly Canales*

LAW OFFICE OF DUNCAN M. JAMES

__/s/ *Douglas L. Losak*_____
Douglas L. Losak (SBN 220443)
*Admitted to practice, United States District Court for the Northern District of California*
LAW OFFICE OF DUNCAN M. JAMES
445 North State Street
Ukiah, CA 95482
p. (707) 468-9271
f. (707) 468-0453
doug@duncanjames.com
*Attorney for Defendant John Tang*

Padraic I. McCoy
Berg Hill Greenleaf Ruscitti LLP
13310 Maxella Ave., Unit 10
Marina Del Rey, CA 90292
p. (303)396-2842

-7-

**JOINT NOTICE OF REMOVAL OF ACTION UNDER § 28 U.S.C. 1441(c) (FEDERAL QUESTION)**

# CERTIFICATE OF SERVICE

**In the:**
United States District Court for the Northern District of California

**Case Name:** *JW Gaming Development, LLC v. Angela James et al*.

**Case No**.: SCUK-CVG-18-70467 in the Superior Court of the State of California **f**or the County of Mendocino.

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action. My business address is 1712 Pearl St., Boulder, Colorado 80302.

On this date, I shall cause to be served a copy of the documents listed below on the interested parties in this action, by sending the following listed documents for delivery via Federal Express, delivery fees prepaid, to Counsel for Plaintiff JW Gaming Development, LLC:

Gregory M. Narvaez, John M. Peebles, Tim Hennessy
Fredericks Peebles & Morgan
2020 L Street, Suite 250
Sacramento, CA  95811
Telephone 916.441.2700
Email: gnarvaez@ndnlaw.com

Documents served: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331, 1441(a), 1441(c)(1); 1446 (FEDERAL QUESTION JURISDICTION); ALL EXHIBITS THERETO; CIVIL CASE COVER SHEET**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated:  \_May 7, 2018_____

_____
Name: Carrell C. Doyle

Padraic I. McCoy
Berg Hill Greenleaf Ruscitti LLP
13310 Maxella Ave., Unit 10
Marina Del Rey, CA  90292
p. (303)396-2842