LAW OFFICES OF DUNCAN M; JAMES
DUNCAN M; JAMES, CA State Bar No; 40505
DONALD J. MCMULLEN, CA State Bar No; 220840
DOUGLAS L; LOSAK, CA State Bar No; 220443
P.O. Box 1381
Ukiah, CA 95482
Telephone: (707) 468-9271
Attorneys for Defendant
John Tang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JW GAMING DEVELOPMENT, LLC., a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA JAMES, et al.,<br><br>Defendant. | Case No: 4:18-cv-02669-HSG<br><br>DEFENDANT JOHN TANG'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER<br><br>HEARING DATE: August 7, 2018<br>TIME: 2:00 p.m.<br>LOCATION: Ronald V. Dellums Federal Bldg, Ctrm. 2 4th Fl., 1301 Clay St. Oakland<br><br>ACTION REMOVED: May 7, 2018 |
|---|---|

Defendant JOHN TANG, by and through his counsel, hereby requests that DOUGLAS LOSAK be allowed to appear by telephone at the Case Management Conference scheduled for August 7, 2018, at 2:00 p.m.

DATED: July 17, 2018                    Respectfully submitted,

By /s/Douglas L. Losak
DOUGLAS L. LOSAK,
Attorney for Defendant Tang

-1-
DEFENDANT JOHN TANG'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER

//////

IT IS SO ORDERED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 7/18/2018

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE