Manuel Luis Ramirez (SBN 103054)
THE RAMIREZ LAW FIRM
185 West F St, Suite 100
San Diego, California 92101
Telephone: (619) 630-8382
E-Mail: mlr@ramirez-lawfirm.com

Attorney for Defendants,
Michael R. Canales, Melissa M. Canales,
Kelly L. Canales, Lori J. Canales and
Canales Group, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC., a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA JAMES; LEONA L. WILLIAMS; MICHAEL R. CANALES; MELISSA M. CANALES; JOHN TANG; PINOLEVILLE POMO NATION, a federally-recognized Indian tribe; PINOLEVILLE GAMING AUTHORITY; PINOLEVILLE GAMING COMMISSION; PINOLEVILLE BUSINESS BOARD; PINOLEVILLE ECONOMIC DEVELOPMENT, LLC, a California limited liability company; LEONORA STEELE; KATHY STALLWORTH; MICHELLE CAMPBELL; JULIAN J. MALDONADO; DONALD WILLIAMS; VERONICA TIMERLAKE; CASSANDRA STEELE; JASON EDWARD RUNNING BEAR STEELE; ANDREW STEVENSON; CANALES GROUP, LLC, a California limited liability company; LORI J. CANALES; KELLY L. CANALES; and DOES 1 through 20,<br><br>Defendants. | Case No.: 4:18-CV-02669-HSG<br><br>DEFENDANTS MICHAEL R. CANALES, MELISSA M. CANALES, KELLY L. CANALES, LORI J. CANALES AND CANALES GROUP, LLC REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; AND ~~PROPOSED~~ ORDER<br><br><br>DATE: August 7, 2018<br>TIME: 2:00 p.m.<br><br>LOCATION: Federal Courthouse, 1301 Clay St<br>                Oakland, CA 94612<br><br>ACTION REMOVED: May 7, 2018 |

Defendants Michael R. Canales, Melissa M. Canales, Kelly L. Canales, Lori J. Canales and Canales Group, LLC ("CANALES DEFENDANTS") by and through their counsel, hereby request that attorney MANUEL LUIS RAMIREZ be allowed to appear by telephone at the Case Management Conference scheduled for August 7, 2018 at 2:00 pm

Respectfully submitted,

Dated: July 17, 2018               By:*/s/ Manuel Luis Ramirez*
                                   MANUEL LUIS RAMIREZ, Esq.
                                   Attorney for Defendants,
                                   Michael Canales, Melissa Canales,
                                   Kelly Canales, Lori Canales and
                                   Canales Group, LLC

## [PROPOSED] ORDER

IT IS SO ORDERED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 7/18/2018                   *[signature]*
                                   HON. HAYWOOD S. GILLIAM, JR.
                                   United States District Judge

2
DEFENDANTS MICHAEL CANALES, MELISSA CANALES, KELLY CANALES, LORI CANALES AND CANALES GROUP, LLC REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER