# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC, a California limited liability company, | Case No.: 3:18-cv-02669-WHO |
| Plaintiff, | |
| v. | **ORDER ON TRIBAL DEFENDANTS' STIPULATED REQUEST FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR STAY PENDING APPEAL** |
| ANGELA JAMES; LEONA L. WILLIAMS; MICHAEL R. CANALES; MELISSA M. CANALES; JOHN TANG; PINOLEVILLE POMO NATION, a federally-recognized Indian tribe; PINOLEVILLE GAMING AUTHORITY; PINOLEVILLE GAMING COMMISSION; PINOLEVILLE BUSINESS BOARD; PINOLEVILLE ECONOMIC DEVELOPMENT, LLC; a California limited liability company; LENORA STEELE; KATHY STALLWORTH; MICHELLE CAMPBELL; JULIAN J. MALDONADO; DONALD WILLIAMS; VERONICA TIMBERLAKE; CASSANDRA STEELE; JASON EDWARD RUNNING BEAR STEELE; ANDREW STEVENSON; CANALES GROUP, LLC, a California limited liability company; LORI J. CANALES; KELLY L. CANALES; and DOES 1 through 20, | |
| Defendants. | |

THIS MATTER comes before the Court on the Tribal Defendants' Stipulated Request for Enlargement of Time to File Reply in Support of Motion for Stay Pending Appeal, and the Court being fully advised in the matters set forth therein.

PURSUANT TO STIPULATION, IT IS ORDERED that the time for Tribal Defendants to file a Reply in Support of Motion for Stay Pending Appeal is enlarged by five days, so that Tribal Defendants' deadline to file the Reply is now November 21, 2018.

DATED this 15th day of November, 2018.

BY THE COURT:



WILLIAM H. ORRICK
U.S. DISTRICT JUDGE