Padraic I. McCoy (SBN 223341)
Padraic I. McCoy, P.C.
6550 Gunpark Drive
Boulder, CO 80301
p. (303) 500-7756
f. (303) 558-3893
pmc@pmccoylaw.com

Rudy E. Verner (*Pro Hac Vice*)
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
p. (303) 402-1600
f. (303) 402-1601
rev@bhgrlaw.com
hav@bhgrlaw.com

*Attorneys for Tribal Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC, a California limited liability company,<br><br>      Plaintiff,<br>  v.<br><br>ANGELA JAMES; LEONA L. WILLIAMS; MICHAEL R. CANALES; MELISSA M. CANALES; JOHN TANG; PINOLEVILLE POMO NATION, a federally-recognized Indian tribe; PINOLEVILLE GAMING AUTHORITY; PINOLEVILLE GAMING COMMISSION; PINOLEVILLE BUSINESS BOARD; PINOLEVILLE ECONOMIC DEVELOPMENT, LLC; a California limited liability company; LENORA STEELE; KATHY STALLWORTH; MICHELLE CAMPBELL; JULIAN J. MALDONADO; DONALD WILLIAMS; VERONICA TIMBERLAKE; CASSANDRA STEELE; JASON EDWARD RUNNING BEAR STEELE; ANDREW STEVENSON; CANALES GROUP, LLC, a California limited liability company; LORI J. CANALES; KELLY L. CANALES; and DOES 1 through 20,<br><br>      Defendants. | **Case No.**: 3:18-cv-02669-WHO<br><br>**ORDER ON TRIBAL DEFENDANTS' STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT ON COUNTS 2 TO 6**<br><br>HEARING DATE:   April 1, 2020<br><br>TIME:   2:00 p.m. (PDT)<br><br>LOCATION:   Courtroom 2, 17th Floor<br>      450 Golden Gate Avenue<br>      San Francisco, CA<br><br>BEFORE:   Judge William H. Orrick |

THIS MATTER comes before the Court on the Tribal Defendants' Stipulated Request Pursuant to Civil L.R. 6-2 For Extension of Time to File Reply in Support of Motion for Summary Judgment on Counts 2 to 6, and the Court being fully advised in the matter set forth therein.

PURSUANT TO STIPULATION, IT IS ORDERED that the time for Tribal Defendants to file a Reply in Support of Motion for Summary Judgment on Counts 2 to 6 is enlarged by one week, so that the Tribal Defendants' deadline to file the Reply is now March 27, 2020.

```
Dated:   This 23rd day of March, 2020
```

SO ORDERED, BY THE COURT:



United States District Court Judge