LAW OFFICES OF DUNCAN M; JAMES
DUNCAN M; JAMES, CA State Bar No; 40505
DONALD J. MCMULLEN, CA State Bar No; 220840
DOUGLAS L. LOSAK, CA State Bar No; 220443
P.O. Box 1381
Ukiah, CA 95482
Telephone: (707) 468-9271

*Attorneys for Defendant*
John Tang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC., a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA JAMES; LEONA L. WILLIAMS; MICHAEL R. CANALES; MELISSA M. CANALES; JOHN TANG; PINOLEVILLE POMO NATION, a federally-recognized Indian tribe; PINOLEVILLE GAMING AUTHORITY; PINOLEVILLE GAMING COMMISSION; PINOLEVILLE BUSINESS BOARD; PINOLEVILLE ECONOMIC DEVELOPMENT, LLC; a California limited liability company; LENORA STEELE; KATHY STALLWORTH; MICHELLE CAMPBELL; JULIAN J. MALDONADO; DONALD WILLIAMS; VERONICA TIMBERLAKE; CASSANDRA STEELE; JASON EDWARD RUNNING BEAR STEELE; ANDREW STEVENSON; CANALES GROUP, LLC, a California limited liability company; LORI J. CANALES; KELLY L. CANALES; and DOES 1 through 20,<br><br>Defendants. | Case No: 3:18-cv-02669-WHO<br><br>ORDER ON THE CANALES DEFENDANTS AND DEFENDANT JOHN TANG'S REQUEST PURSUANT TO CIVIL L.R. 6-2 TO CONTINUE THE DATE SET FOR HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AS WELL AS SET NEW DATES FOR FILING OF THE OPPOSITION AND REPLY BRIEFS<br><br>**HEARING DATE:** April 29, 2020<br>**TIME:** 2:00 pm<br>**LOCATION:** Courtroom 2, 17th Floor<br>Judge William H. Orrick |

ORDER ON THE CANALES DEFENDANTS AND DEFENDANT JOHN TANG'S REQUEST PURSUANT TO CIVIL
L.R. 6-2 TO CONTINUE THE DATE SET FOR HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,
AS WELL AS SET NEW DATES FOR FILING OF THE OPPOSITION AND REPLY BRIEFS

1 THIS MATTER comes before the Court on the Canales Defendants and Defendant John Tang's Request Pursuant to Civil L.R. 6-2 For an Extension of Time to File Reply in Support of Motion for Summary Judgment on Counts 2 to 6, and the Court being fully advised in the matter set forth therein.

1. IT IS ORDERED that the hearing on the Summary Judgment be continued to May 28, 2020; Defendants' Opposition Brief be due on April 27, 2020 and Plaintiff's Reply Brief be due on May 11, 2020.

Hearing continued to May 27, 2020 at 2:00 p.m.

Dated: April 1, 2020

_____
United States District Court Judge