EDUARDO G. ROY (State Bar No. 146316)
PROMETHEUS PARTNERS L.L.P.
388 Market Street, Suite 950
San Francisco, CA 94111
Tel.: 415.527.0255
Eduardo.roy@prometheus-law.com

Attorneys for Tribal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>        Plaintiff,<br>v.<br><br>ANGELA JAMES; LEONA L. WILLIAMS; MICHAEL R. CANALES; MELISSA M. CANALES; JOHN TANG; PINOLEVILLE POMO NATION, A FEDERALLY-RECOGNIZED INDIAN TRIBE; PINOLEVILLE GAMING AUTHORITY; PINOLEVILLE GAMING COMMISSION; PINOLEVILLE BUSINESS BOARD;PINOLEVILLE ECONOMIC DEVELOPMENT, LLC; A CALIFORNIA LIMITED LIABILITY COMPANY; LENORA STEELE; KATHY STALLWORTH; MICHELLE CAMPBELL; JULIAN J. MALDONADO; DONALD WILLIAMS; VERONICA TIMBERLAKE; CASSANDRA STEELE; JASON EDWARD RUNNING BEAR STEELE; ANDREW STEVENSON; CANALES GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; LORI J. CANALES; KELLY L. CANALES; AND DOES 1 THROUGH 20,<br><br>        Defendants. | CASE NO. 3:18-cv-02669-WHO<br><br>**STIPULATION TO PERMIT TRIBAL DEFENDANTS TO EXCEED PAGE LIMITATION OF MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND [~~PROPOSED~~] ORDER THEREON**<br><br>Courtroom 2, 17th Floor<br>Hon. William H. Orrick |

///

///

///

///

# **STIPULATION**

Plaintiff and Tribal Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed its pending Motion for Summary Judgment (Dkt 191) ("MSJ") with a 24-page memorandum seeking a summary judgment of over 16 million dollars against 11 separate individuals and four separate entities ("Tribal Defendants"), which omits a statement of issues and includes 17 single-spaced footnotes, 44 lines in length, 34 legal authorities, some 70 or more alleged material facts, and dozens of exhibits that are hundreds of pages in length;

2. WHERAS, Tribal Defendants will be filing an opposition memorandum responding to all of the matters raised and omitted by Plaintiff in its MSJ, including extensive legal briefing and opposing facts and evidence, and a motion to strike and evidentiary objections that must be included in the opposition memorandum by Local Rule, as well as additional facts and law concerning one or more affirmative defenses.

3. WHEREAS, counsel for the Tribal Defendants believe they cannot adequately and meaningfully present all of this information in their anticipated memorandum in opposition to the MSJ in under 35 pages.

4. WHEREFORE, Plaintiff and Defendants have agreed that Tribal Defendants may file a memorandum supporting their opposition to the MSJ which exceeds the 25-page limitation by 10 pages, totaling 35 pages. In stipulating to this request, Plaintiff does not concede or otherwise take any position on any representations herein, including those representations in paragraph 1 hereof; Plaintiff merely stipulates to Tribal Defendants' request to exceed the 25-page limitation by 10 pages.

///

Dated: May 1, 2020                                    Fredericks. Peebles & Patterson LLP

|  |  |
|---|---|
|  | By: ___/s/_____Gregory M. Narvaez_____ |
|  | Gregory M. Narvaez |
|  | Attorneys for Plaintiff |

Dated: May 1, 2020                              Prometheus Partners L.L.P.

|  |  |
|---|---|
|  | By: ____/s/___Eduardo G. Roy_____ |
|  | Eduardo G. Roy |
|  | Attorneys for Tribal Defendants |

### [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that Tribal Defendants may file a memorandum in opposition to Plaintiff's pending Motion for Summary Judgment (Dkt 191) not to exceed 35 pages in length without Court permission.

IT IS SO ORDERED.

Dated: May 5, 2020

_____

JUDGE OF THE NORTHERN DISTRICT COURT