1  EDUARDO G. ROY (State Bar No. 146316)
   PROMETHEUS PARTNERS L.L.P.
2  555 MARKET STREET, SUITE 708
3  San Francisco, CA 94111
   Tel.: 415.527.0255
4  Eduardo.roy@prometheus-law.com

5  Attorneys for Tribal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA JAMES; LEONA L. WILLIAMS; MICHAEL R. CANALES; MELISSA M. CANALES; JOHN TANG; PINOLEVILLE POMO NATION, A FEDERALLY-RECOGNIZED INDIAN TRIBE; PINOLEVILLE GAMING AUTHORITY; PINOLEVILLE GAMING COMMISSION; PINOLEVILLE BUSINESS BOARD;PINOLEVILLE ECONOMIC DEVELOPMENT, LLC; A CALIFORNIA LIMITED LIABILITY COMPANY; LENORA STEELE; KATHY STALLWORTH; MICHELLE CAMPBELL; JULIAN J. MALDONADO; DONALD WILLIAMS; VERONICA TIMBERLAKE; CASSANDRA STEELE; JASON EDWARD RUNNING BEAR STEELE; ANDREW STEVENSON; CANALES GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; LORI J. CANALES; KELLY L. CANALES; AND DOES 1 THROUGH 20, | CASE NO. 3:18-cv-02669-WHO (RMI)<br><br>**STIPULATION TO CONTINUE DEADLINE TO COMPLETE PARTIAL SETTLEMENT RE JOHN TANG AND HEARING ON MOTION TO DISMISS (DKT. NO. 249) AND ORDER THEREON**<br><br>Courtroom 2, 17th Floor<br>Hon. William H. Orrick |

///

///

///

///

0

Defendants.

**STIPULATION**

Plaintiff, John Tang, and Tribal Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, Defendant and Counterclaim Defendant John Tang filed a motion to dismiss all claims against him in this action (Dkt. No. 249) ("Tang's Motion") which is currently scheduled to be heard by the Court at 2:00 p.m. on February 10, 2021;

2. WHEREAS, the parties hereto have reached agreement on the terms of a settlement, reduced them to writing, and all counsel have approved the terms of the settlement agreement;

3. WHEREAS, undersigned counsel for the Tribal Defendnats is in the process of gathering all of the required signatures from all of the tribal Defendants, but has encountered some delays due to the fact that some clients are no longer affiliated with the Tribe and/or have had some health and scheduling/availability issues;

4. WHEREAS, undersigned counsel for the Tribal Defendants believes he should be able to obtain the remaining necessary signatures on the settlement agreement within the next seven (7) days;

5. WHEREFORE, the parties hereto have agreed to further postpone the hearing and advising the Court of the consummated settlement agreement for seven (7) days, or as otherwise convenient for the Court.

Dated: February 3, 2021                                  Fredericks. Peebles & Patterson LLP

                                                         By:    /s/    Gregory M. Narvaez
                                                                Gregory M. Narvaez
                                                                Attorneys for Plaintiff

///

///

Dated: February 3, 2021                                      Prometheus Partners L.L.P.


                                                             By:    /s/    Eduardo G. Roy
                                                                  Eduardo G. Roy
                                                             Attorneys for Tribal Defendants



                                                             Law Offices of Duncan S. James
Dated: February , 2021


                                                             By:    /s/   Douglas Losak
                                                                  Douglas L. Losak
                                                             Attorneys for John Tang


### [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion to dismiss filed by John Tang (Dkt. No. 249) shall be, and hereby is, continued to February 17, 2021 at 2:00p.m. in this Courtroom. The parties shall advise the Court of the status of the settlement agreement execution no later than February 10, 2021.

IT IS SO ORDERED.

Dated: February 4, 2021

JUDGE OF THE NORTHERN DISTRICT COURT