UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA JAMES, et al.,<br><br>Defendants. | Case No. 18-cv-02669-WHO<br><br>**ORDER ADJUSTING BRIEFING AND HEARING SCHEDULE**<br><br>Re: Dkt. No. 290 |

Pending before me are a motion to reconsider and a motion to quash the writ of execution. I will expedite the hearings and hear both motions on **March 24, 2021** at 2 p.m. In order to accomplish this, the opposition to the motion to quash is due **March 15, 2021** and any reply must be filed by **March 17, 2021**.

**IT IS SO ORDERED.**

Dated: March 6, 2021



William H. Orrick
United States District Judge