EDUARDO G. ROY (State Bar No. 146316)
PROMETHEUS PARTNERS L.L.P.
555 Montgomery Street, Suite 708
San Francisco, CA 94111
Tel.: 415.527.0255
Eduardo.roy@prometheus-law.com

Attorneys for Pinoleville Pomo Nation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JW GAMING DEVELOPMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br>v.<br><br>ANGELA JAMES; LEONA L. WILLIAMS; MICHAEL R. CANALES; MELISSA M. CANALES; JOHN TANG; PINOLEVILLE POMO NATION, A FEDERALLY-RECOGNIZED INDIAN TRIBE; PINOLEVILLE GAMING AUTHORITY; PINOLEVILLE GAMING COMMISSION; PINOLEVILLE BUSINESS BOARD;PINOLEVILLE ECONOMIC DEVELOPMENT, LLC; A CALIFORNIA LIMITED LIABILITY COMPANY; LENORA STEELE; KATHY STALLWORTH; MICHELLE CAMPBELL; JULIAN J. MALDONADO; DONALD WILLIAMS; VERONICA TIMBERLAKE; CASSANDRA STEELE; JASON EDWARD RUNNING BEAR STEELE; ANDREW STEVENSON; CANALES GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; LORI J. CANALES; KELLY L. CANALES; AND DOES 1 THROUGH 20,<br><br>Defendants. | CASE NO. 3:18-cv-02669-WHO (RMI)<br><br>**STIPULATION TO ENLARGE TIME FOR TRIBE'S DISCOVERY RESPONSES AND PARTIES' FURTHER SUBMISSIONS RE CLAIMS OF EXEMPTION; DECLARATION OF EDUARDO G. ROY; AND [PROPOSED] ORDER THEREON**<br><br>Date: TBA<br>Time: TBA<br>Magistrate Judge Robert M. Illman |

///

///

///

///

# **STIPULATION**

Plaintiff JW Gaming Development, LLC ("Plaintiff") and Defendant Pinoleville Pomo Nation ("Tribe"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, on July 6, 2021, the Court entered an Order [Dkt. No. 375] providing that (i) Tribe shall serve its outstanding discovery responses by 12:00 noon on July 14, 2021; (ii) Plaintiff shall file any supplemental evidentiary submission (pertaining to this discovery) it wishes no later than Monday, July 19, 2021; and (iii) Plaintiff and Tribe must file any post-hearing briefing (not to exceed 15 pages, double-spaced, per party), by 12:00 noon on Friday, July 23, 2021.

2. WHEREAS, Plaintiff and the Tribe and related parties have recently reached an agreement in principle to settle this litigation and other pending litigation, claims and disputes between the parties;

3. WHEREAS, Mr. Roy has reviewed and edited the draft settlement agreement prepared by Tribal Counsel Padraic McCoy, and it is anticipated Mr. McCoy will be providing the draft settlement agreement to Mr. Narvaez later today;

4. WHEREAS, the parties anticipate completing the draft and having it signed by Friday, July 9; and

5. WHEREFORE, Plaintiff and Tribe request a two-week enlargement of time for the discovery, evidentiary submission, and briefing deadlines set forth above to enable them to focus on completing the settlement agreement, conserving resources, and having time to seek further relief from the Court once the settlement agreement is fully executed.

Dated: July 7, 2021                                          Peebles, Kidder, Bergin & Robinson LLP


By: ___/s/(approved 7-7-21)_ Greg Narvaez

Gregory M. Narvaez

Attorneys for Plaintiff

| | |
|---|---|
| Dated: July 7, 2021 | Prometheus Partners L.L.P. |

By: /s/ Eduardo G. Roy

Eduardo G. Roy

Attorneys for Tribe

**DECLARATION OF EDUARDO G. ROY**

I, Eduardo G. Roy, declare as follows:

1. I am counsel of record for Defendant and Judgment Debtor Pinoleville Pomo Nation herein.
2. This declaration is based on my own personal knowledge and, if called upon, I could and would competently testify to the following.
3. The facts set forth in the foregoing Stipulation are true and accurate to the best of my knowledge.
4. The reason for the requested enlargement of time is permit the parties to conclude their settlement of this action and related litigation through the drafting and execution of a settlement agreement which the parties anticipate executing by Friday, July 9, 2021. The parties therefore seek two additional weeks to complete the recently ordered matters so that they can focus their time and resources on completing the settlement agreement and then advising the Court of any additional needed relief once the settlement agreement is fully executed.
5. I do not believe there have been any time extensions in this case that are relevant to this matter except as set forth in the subject Order [Dkt. No. 375].
6. I do not believe this enlargement will have any impact on any deadlines in this case because it has already gone to Judgment and the parties are addressing post-judgment enforcement proceedings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 7, 2021, at San Francisco, California.

/s/ Eduardo G. Roy

Eduardo G. Roy

///

///

///

## [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefor,

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadlines set forth in the Court's July 6, 2021 Order [Dkt. No. 375] shall be, and hereby are, enlarged by two weeks.

Dated: July **7**, 2021

_____
Robert M. Illman
United States Magistrate Judge